IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

EQUAL EMPLOYMENT OPPORTUNITY )
COMMISSION, )
 )
    Plaintiff, )
 )
v. ) Case No. RWT-09-CV-2573
 )
FREEMAN, )
 )
    Defendant. )
 )

### REQUEST FOR ENTRY OF APPEARANCE
### ON BEHALF OF A FEDERAL GOVERNMENT AGENCY

Please enter my appearance in this case on behalf of the U.S. Equal Employment Opportunity Commission ("EEOC").

I have been admitted to practice law in the following jurisdictions (states or the District of Columbia):

| STATE COURT | DATE OF ADMISSION |
|---|---|
| New York | February 24, 1999 |

I am a member in good standing of the bars of each of the jurisdictions listed above.

I understand that this entry of appearance is for this case only and does not constitute formal admission to the bar of this Court.

I understand that I must register to use the electronic filing system and will be issued a login and password for use in this case only.

1

I understand that I must immediately notify the Court of any change in my address, phone number, and e-mail address and that if I fail to do so, my appearance in this case will be terminated.

Respectfully submitted,

*Melanie M. Peterson*

Melanie M. Peterson
Trial Attorney
U.S. Equal Employment Opportunity Commission
Philadelphia District Office
801 Market Street, Suite 1300
Philadelphia, Pennsylvania 19107
Telephone: (215) 440-2689
Facsimile: (215) 440-2848
Email: melanie.peterson@eeoc.gov

Reviewed by: _____   Date: _____