**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

| | |
|---|---|
| **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>　　　　　**Plaintiff,**<br><br>　v.<br><br>**FREEMAN,**<br><br>　　　　　**Defendant.** | **Case No. 8:09-CV-02573-RWT** |

## DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Fed R. Civ. P. 56(b), Defendant Freeman moves for summary judgment as to all claims in this lawsuit relating to decisions not to hire applicants based on criminal history that were made more than 300 days before the date on which Plaintiff EEOC notified Freeman it had expanded its investigation of this matter to include Freeman's use of criminal history information. As explained in the accompanying Memorandum of Law, challenges to these hiring decisions are time-barred.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　AKIN GUMP STRAUSS HAUER & FELD LLP


　　　　　　　　　　　　　　　　　　　　　　　/s/ Donald R. Livingston
　　　　　　　　　　　　　　　　　　　　　Donald R. Livingston (Bar No. 15787)
　　　　　　　　　　　　　　　　　　　　　Paul E. Mirengoff (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　1333 New Hampshire Avenue, N.W.
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 887-4000
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 887-4288
　　　　　　　　　　　　　　　　　　　　　dlivingston@akingump.com
　　　　　　　　　　　　　　　　　　　　　pmirengoff@akingump.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Freeman*

**CERTIFICATE OF SERVICE**

      This is to certify that the undersigned caused to be served on September 7, 2010 the foregoing Defendant's Motion for Partial Summary Judgment, and the accompanying Memorandum of Law, via email and first class mail, postage prepaid, to the following:

    Debra M. Lawrence
    Ronald L. Phillips
    EEOC Baltimore Field Office
    City Crescent Building
    10 South Howard Street, 3rd Floor
    Baltimore, MD 21201

                                            /s/ Paul E. Mirengoff
                                              Paul E. Mirengoff