# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk

Lisa Rosenthal, Chief Deputy

Reply to Southern Division Address

October 5, 2010

**Melanie Marie Peterson**
U S Equal Employment Opportunity Commission
801 Market St Ste 1300
Philadelphia, PA 19107

    Re:    Case No. RWT-09-2573

Dear Counsel/Party:

Your Motion for Leave to Withdraw the Appearance of Woody Anglade, Esq. was received on October 4, 2010.

☐ The document should have been filed electronically. It has been scanned and filed electronically by court staff.

☐ The document should have been filed electronically. It has been scanned and filed electronically by court staff. The original document is being returned to you. It is your responsibility to maintain the original until the expiration of any appeals or the time for taking an appeal. The original must be made available for inspection upon the request of any other party or the court.

☐ You did not include a PDF version of the document on a diskette or CD. The document has been scanned and filed electronically by court staff.

☒ When filing, each document must be scanned individually into separate PDF documents. Your documents (motion and proposed order) were scanned into a single PDF.

**All further filings** in this case must be made in accordance with the policies and procedures of this Court on electronic filing. Those policies and procedures are available on the Court's web site: www.mdd.uscourts.gov.

Very truly yours,

/s/
Deputy Clerk

cc: Other counsel/party
Warning letter (Rev. 6/14/2005)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**