IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) Case No. RWT-09-CV-2573<br>FREEMAN, )<br>)<br>Defendant. )<br>_____) | |

### JOINT STIPULATION OF PARTIAL DISMISSAL OF CLAIM WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant Freeman ("Defendant") file the instant Joint Stipulation of Partial Dismissal of Claim with Prejudice in the above-styled and numbered action.

EEOC and Defendant hereby stipulate to dismissal with prejudice of EEOC's Title VII disparate impact claim related to a class of Hispanic job applicants set forth in Paragraph No. 10 of EEOC's Complaint (CM/ECF Document No. 1).

EEOC and Defendant further stipulate that all other claims in the Complaint regarding a class of Black job applicants and a class of male job applicants shall remain unaffected by the partial dismissal with prejudice.

Respectfully submitted,

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
_____/s/_____
RONALD L. PHILLIPS
Supervisory Trial Attorney
EEOC-Baltimore Field Office
City Crescent Building, 3rd Floor
10 South Howard Street
Baltimore, Maryland 21201
Office #: (410) 209-2737
Facsimile #: (410) 962-4270

1

"APPROVED" THIS 28th DAY
of August, 2012

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

AKIN GUMP STRAUSS HAUER & FELD LLP
_____/s W. Randolph Teslik_____
Donald R. Livingston (Bar No. 15787)
W. Randolph Teslik (Bar No. 03726)
John T. Koerner (Bar No. 29806)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
dlivingston@akingump.com
rteslik@akingump.com
jkoerner@akingump.com
*Attorneys for Defendant Freeman*